JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
September 4, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOAQUIN ESCOBAR, | No. ED CV 13-01179-PSG (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| G.J. JANDA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: 9/4/14

_____
PHILIP S. GUTIERREZ
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT
September 4, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY